United States District Court
Southern District of Texas
**ENTERED**
June 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ROBERTO GOMEZ FERNANDEZ, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:22-CV-3 |
| EXPERIAN INFORMATION SOLUTIONS, INC. and FIRST ELECTRONIC BANK | § § § § | |
| Defendants. | § § | |

# ADVISORY

Plaintiff and Defendants have filed a joint stipulation to dismiss the action, with prejudice (Dkt. No. 24). Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Dismissal under Rule 41(a)(1)(A) is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a)(1)(A). None of those limitations apply here. Thus, because the Stipulation is signed by all parties who have appeared, all of Plaintiff's claims against Defendants were dismissed with prejudice "automatically" upon the filing of the Stipulation. *Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020) (citing *Nat'l City Golf Fin.*, 899 F.3d at 415–16 (5th Cir. 2018)).

All relief not previously granted is hereby **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SIGNED** June 1, 2022.

_____
Marina Garcia Marmolejo
United States District Judge